Commonwealth ex rel. Wible *v.* Wible, Appellant.

Argued December 10, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Louis Pokras,* for appellant.

*Howard M. Kuehner,* for appellee.

OPINION PER CURIAM, March 19, 1963:
The order of the court below is affirmed on the opinion of Judge O'DONNELL of the County Court of Philadelphia, as reported in 29 Pa. D. & C. 2d 376.